

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00677-CV

**IN RE** Gilbert **GUEVARA**

Original Mandamus Proceeding

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice

On September 26, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 30th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court